# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | |
|---|---|
| **CHRISTOPHER SMITH,** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| v. | ) Case No. 2:20-cv-01630-AMM-NAD |
| | ) |
| **ALABAMA DEPARTMENT OF** | ) |
| **CORRECTIONS, et al.,** | ) |
| | ) |
| **Defendants.** | ) |

## MEMORANDUM OPINION

The magistrate judge entered a report and recommendation on June 27, 2023, recommending the motions for summary judgment filed by defendants Randall Sandlin and Matthew Dawkins, Docs. 25, 35, be granted. Doc. 45. Although the magistrate judge notified plaintiff Christopher Smith, through his attorney of record, of his right to file objections to the report and recommendation within fourteen days, Doc. 45 at 32–33, that time has expired with no objections having been filed.

Having carefully reviewed and considered *de novo* all the materials in the court file, including the report and recommendation, the court **ADOPTS** the magistrate judge's report and **ACCEPTS** the recommendation. The court finds that there are no genuine issues of material fact and that the defendants are entitled to judgment in their favor as a matter of law. Accordingly, the court shall **ORDER** that

defendants Randall Sandlin and Matthew Dawkins' motions for summary judgment, Docs. 25, 35, be **GRANTED**. The court shall further **ORDER** that the plaintiff's claims against the Alabama Department of Corrections and "Internal Investigations" be dismissed with prejudice.

    A Final Judgment will be entered.

    **DONE** and **ORDERED** this 20th day of July, 2023.

    _____
    **ANNA M. MANASCO**
    UNITED STATES DISTRICT JUDGE